FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 04 2024 ★
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,
*ex rel.*
DOLOS ANALYTICS, LLC,

Plaintiff,

vs.

BILINGUALS INC., *et al.*,

Defendants.

CV 24 8339
Case No.:

LINDSAY, M.J.

**RULE 7.1 STATEMENT**

Plaintiff-Relator, Dolos Analytics, LLC, by and through undersigned counsel, pursuant to Local Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, hereby certifies that it does not have any corporate affiliates, subsidiaries and/or parent corporations, or publicly held corporations that own ten percent (10%) or more of its stock.

Dated: November 21, 2024

Respectfully submitted,

**ORTEGA GROUP, PLLC**

Dick M. Ortega, Esq.
*Attorneys for Relator*
1108 Ponce de Leon Blvd
Coral Gables, Florida 33134
Telephone: (305) 315-2725
dortega@ortegagroup.law